IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                               CASE NO.: 4:02cr46-SPM

DARREN THOMAS,

      Defendant.
_____/

## ORDER EXTENDING TIME FOR SELF-SURRENDER

Upon consideration, Defendant Darren Thomas's unopposed Motion to Postpone Surrender Date (doc. 51) is granted. Defendant shall have up to and including 12 o'clock Noon on Friday, May 11, 2007 to self-surrender to the United States Marshal's office in Tallahassee, Florida or to the institution designated by the Bureau of Prisons.

SO ORDERED this 13th day of April, 2007.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge